Gary E. Schnitzer, Esq.
Nevada Bar Number 395
**KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD.**
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: (702) 222-4142
Facsimile: (702) 362-2203
Email: gschnitzer@ksjattorneys.com
*Attorneys for Defendant*
*LexisNexis Risk Solutions, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BONNIE MCNEESE, | Case No. 2:22-cv-02078-GMN-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR LEXISNEXIS RISK SOLUTIONS, INC., TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| LEXISNEXIS RISK SOLUTIONS INC., | **(FIRST REQUEST)** |
| Defendant. | |

Defendant LexisNexis Risk Solutions, Inc., ("LexisNexis") and Plaintiff, Bonnie McNeese, ("Plaintiff"), by and through her counsel, hereby respectfully submit this stipulation to extend time for LexisNexis to respond to Plaintiff's Complaint. This Stipulation is made in accordance with LR IA 6-1, LR IA 6-2 and LR 7-1. This is the first request for extension of time to respond to Plaintiff's Complaint.

Plaintiff filed her Complaint on ~~January~~ December 16, 2022 and LexisNexis was served with the Complaint on ~~January~~ December 19, 2022. Accordingly, LexisNexis' response to Plaintiff's Complaint is currently due January 9, 2023. Upon LexisNexis' request and good cause shown, Plaintiff has agreed to a thirty (30) day extension for LexisNexis to respond to Plaintiff's Complaint. Good cause exists to grant the stipulation as an additional thirty (30) days (February 8, 2023) are needed to allow LexisNexis to investigate Plaintiff's allegations, including a review of relevant documents. Pursuant to Civil Local Rules 6.2 and 7.1, Plaintiff and LexisNexis agree that

1

LexisNexis shall have up to and including February 8, 2023 to file a responsive pleading to Plaintiff's Complaint.

THEREFORE, Defendant, LexisNexis Risk Solutions, Inc., shall have up to and including February 8, 2023 to file a responsive pleading to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 4th day of January, 2022.   DATED this 4th day of January, 2022.

KRIEGER LAW GROUP, LLC   KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD.

/s/ *Shawn Miller* (w/permission)
David Krieger, Esq.
Nevada Bar No. 9086
Shawn Miller, Esq.
Nevada Bar No. 7825
5502 Ft. Apache Road, Suite 200
Las Vegas, Nevada 89148
Tel: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
*Attorneys for Plaintiff,*
*Bonnie McNeese*

*/s/ Gary E. Schnitzer*
Gary E. Schnitzer, Esq.
8985 S. Eastern Avenue, Suite 200,
Las Vegas, NV 89123
Tel: (702) 222-4142
gschnitzer@ksjattorneys.com
*Attorneys for Defendant,*
*LexisNexis Risk Solutions, Inc.*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 4, 2023